# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY D. RICKARD,<br><br>    Defendant. | 8:15CR266<br><br>ORDER |

This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 36). The Court has reviewed the record in this case and, being duly advised in the premises, finds the United States' Motion should be granted.

Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 36) is hereby granted; and
2. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 27th day of April, 2016.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge